# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 1:06CV00679(ESH)

vs

BBO, INC.

**SERVICE OF PROCESS ON:** BBO, INC.

I, _John E. Porter_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _May 22, 2006_
Place of Service: **171 Harris Harris Rd., Aylett, VA 23009**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
     _Kevin Pratt - President_
___ Other_____

Description of Person Receiving Documents: (Male)/Female   Skin Color _W_
                                             Hair Color _Brwn_  Age _40_ Hgt _6_ Wgt _180_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_John E Port_                _5/22/2006_
Signature of Server           Date

Sanford G. Rosenthal, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-351-0669

Sworn to and subscribed before me, in my presence this _22_ day of _May_, _2006_. A Virginia Notary Public. In and for the State at Large
_____ Notary Public
My commission expires _June 30, 2009_