UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED    :
TRADES INDUSTRY PENSION FUND,        :
                                     :
            Plaintiff,               :
                                     :
      v.                             :  Civil Action No.  06-0679 (ESH)
                                     :
BBO, INC.,                           :
                                     :
            Defendant.               :

## ORDER

While proof of service of process in this case was accomplished on May 22, 2006, plaintiff has done nothing further to prosecute this case.  Accordingly, it is hereby

**ORDERED** that by no later than June 26, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed.  If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

                                          s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: June 16, 2006