IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>          Plaintiff,<br><br>v.<br><br>BBO, INC.<br><br>          Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 06-679 (ESH)<br>)<br>)<br>)<br>)<br>) |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, BBO, Inc. for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                          Respectfully submitted,

                                          JENNINGS SIGMOND, P.C.

                                          BY:/s/ Sanford G. Rosenthal
                                               SANFORD G. ROSENTHAL, ESQUIRE
                                               (I.D. NO. 478737)
                                               The Penn Mutual Towers, 16th Floor
                                               510 Walnut Street, Independence Square
                                               Philadelphia, PA 19106-3683
                                               (215) 351-0611
Date: June 26, 2006                      Attorney for Plaintiff

168912-1