IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BBO, INC.<br><br>Defendant | CIVIL ACTION NO. 06-679 (ESH) |

**DECLARATION OF SANFORD G. ROSENTHAL FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, declares and states the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, BBO, Inc. ("Company") by John E. Porter, Process Server, by serving Kevin Pratt, President of Company, at 171 Harris Road, Aylett, VA 23009, on May 22, 2006. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed an Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service.

168912-1

6. The Clerk is requested to enter default against Defendant.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 26, 2006     BY: /s/ Sanford G. Rosenthal
              SANFORD G. ROSENTHAL, ESQUIRE