## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

BBO, Inc.
171 Harris Road
Aylett, VA 23009

Date: June 26, 2006          BY:/s/ Sanford G. Rosenthal
                                  SANFORD G. ROSENTHAL, ESQUIRE

168912-1