UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 06-0679 (ESH) <br> : |
| BBO INC., | : <br> : |
| Defendant. | : <br> : |

## ORDER

Default having been entered by the Clerk of Court on June 27, 2006, it is hereby

**ORDERED** that plaintiff shall move for default judgment on or before July 15, 2006, or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

                                              s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

Date: June 27, 2006