## CERTIFICATE OF SERVICE

I hereby certify this 13th day of July 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

BBO, Inc.
171 Harris Road
Aylett, VA 23009

DATE: July 14, 2006

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

170117_1.DOC