IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-679 (ESH) |
| v. | ) ) | |
| BBO, INC. | ) ) ) | |
| Defendant | ) | |

### JENNINGS SIGMOND ATTORNEYS' FEES – July 2006

Jessica L. Tortella, Esquire          JLT          Catherine T. Morton, Paralegal          CTM
Sanford G. Rosenthal, Esquire      SGR

| Date | Attorney | Task | Time |
|---|---|---|---|
| 7/11/06 | JLT | Preparation of Memo regarding Litigation Status | 0.5 |
| 7/13/06 | JLT | Review Orders from Court<br>Preparation of Correspondence to P. Gilbert (x3)<br>Review of Correspondence from P. Gilbert (x3)<br>Review of Delinquency Report;<br>Preparation of Default Motion;<br>Preparation of Exhibits;<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits<br>Preparation of Correspondence to T. Montemore | 4.8 |
| 7/13/06 | SGR | Review and Revision of Default Motion | 0.4 |
| | | **Total:** | **5.7** |

**July 2006 Summary**
JLT   5.3  Hrs x $200.00   =   $ 1,060.00
SGR   0.4  Hrs x $200.00   =   $      80.00
                      Total   $ 1,140.00

Fees & Costs      4/06-6/06   =   $ 1,858.42

              **Grand Total:**     $ 2,998.42

170117_1.DOC


EXHIBIT 3

| Report ID: OT2025 - 6152 | | | | | | | | Printed By SLG |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Thursday, July 13, 2006 | | | | | | | | Page 1 |

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | | | Billing Timekeeper |
| --- | --- | --- | --- | --- | --- | --- |
| PTINTF | IUPAT Industry Pension Fund | 27926 | BBO, Inc. | | | Sigmond, Richard B. |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4/7/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from Fund regarding New Delinquency Case |
| 4/10/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Review of Documents<br>Preparation of Litigation Memo |
| 4/13/2006 | JLT | 1.50 | 1.50 | 200.00 | $300.00 | | Review of File Documents<br>Review of D&B Report |
| 4/13/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Computer Research Regarding Company Status |
| 4/20/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Preparation of Complaint<br>Review of Complaint |
| 5/8/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of Correspondence to P. Burris (x2)<br>Phone Conference with S. Schaffer |
| 5/31/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Preparation of Correspondence to S. Schaffer<br>Review of Correspondence from S. Schaffer |
| 6/23/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Affidavit of Service<br>Review of Order |
| 6/26/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | Preparation of 55(a)<br>Preparation of Correspondence to P. Gilbert |
| 6/27/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Order from Court<br>Preparation of Correspondence to P. Gilbert |
| 6/27/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Default Entry |
| 6/29/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert (x2) |

**Billed Time Totals** 5.80 5.80 $1,134.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
| --- | --- | --- | --- |
| 4/1/2006 | $3.27 | PO | Postage Charges |
| 4/1/2006 | $15.04 | PO | Postage Charges |
| 4/13/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 4/15/2006 | $12.96 | SD | Special Delivery |
| 4/18/2006 | $5.25 | COPY | Photocopies |
| 5/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 6/8/2006 | $265.00 | 7100 | Service of Complaint |

**Billed Expenses Totals** $724.42

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 6152
Thursday, July 13, 2006

Beginning To End

Printed By   SLG
Page         2

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
|  | 5.80 | 5.80 | $1,134.00 | $724.42 | $1,858.42 |

*** End Of Report ***