UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES UNION AND INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-679 (ESH) ) |
| BBO, INC., | ) ) |
| Defendant. | ) ) |

## ORDER OF DEFAULT JUDGMENT

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund," "Pension Fund," or "Plaintiff"), and for the reasons set forth in the accompanying Memorandum Opinion, defendant BBO, Inc. ("Defendant" or "BBO") is found to have willfully failed to appear, plead or otherwise defend. Therefore, it is hereby ORDERED that:

1. Judgment is entered against Defendant, and in favor of Plaintiff in the total amount of $27,649.03;

2. Defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s); and

3. Plaintiff awarded reimbursement of all additional attorneys' fees and costs it

incurs in the collection and enforcement of this judgment.

                                                                s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date: July 25, 2006

Copies of this Order of Default Judgment and the accompanying Memorandum Opinion shall be sent to:

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

BBO, Inc.
171 Harris Road
Aylett, VA 23009